```
 1  ANTHONY P. CAPOZZI, CSBN 068525
    LAW OFFICES OF ANTHONY P. CAPOZZI
 2  1233 W. Shaw Avenue, Suite 102
    Fresno, CA  93711
 3  Telephone:  (559) 221-0200
    Fax:  (559) 221-7997
 4  E-mail:  capozzilaw@aol.com

 5  Attorney for Defendant,
    ANITA EMMALINDA MARTINEZ
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA, FRESNO

10                              * * * * *

11
                                    ) Case No.: CR-F-06-0091 OWW
12  UNITED STATES OF AMERICA,       )
                                    ) DEFENDANT'S NOTICE OF WAIVER OF
13            Plaintiff,            ) PERSONAL APPEARANCE
                                    )
14      vs.                         )
    ANITA EMMALINDA MARTINEZ,       )
15                                  )
              Defendant.            )
16  _____)

17
```

18     Defendant, ANITA EMMALINDA MARTINEZ, waives her right to be
19  present in open Court upon the hearing of any motion or other
20  proceeding in this cause, including but not limited to, when the
21  case is ordered set for trial, when a continuance is ordered, and
22  when any other action is taken by the Court before or after trial,
23  except upon arraignment, plea, impanelment of jury and imposition of
24  sentence.
25     Defendant hereby requests the Court to proceed during every
26  absence of hers which the Court may permit pursuant to this waiver;
27  agrees that her interests will be deemed represented at all times by
28

                                  - 1 -
                                                    Defendant's Notice of
                                              Waiver of Personal Appearance

PDF created with pdfFactory trial version www.pdffactory.com

the presence of her attorney, Anthony P. Capozzi, the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day and hour the Court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18, United States Code, Sections 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without Defendant being present.

Dated: April 3, 2006

                                         /s/ Anita Martinez
                                        ANITA EMMALINDA MARTINEZ

Dated: April 3, 2006

                                         /s/ Anthony P. Capozzi
                                        ANTHONY P. CAPOZZI,
                                        Attorney for Defendant

## ORDER

**IT IS SO ORDERED:**

Dated: April __5_, 2006

                                    /s/Oliver W. Wanger
                                    Honorable Oliver W. Wanger
                                    U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com