```
 1  ANTHONY P. CAPOZZI, CSBN 068525
    LAW OFFICES OF ANTHONY P. CAPOZZI
 2  1233 W. Shaw Avenue, Suite 102
    Fresno, CA  93711
 3  Telephone:  (559) 221-0200
    Fax:  (559) 221-7997
 4  E-mail:  capozzilaw@aol.com

 5  Attorney for Defendant,
    ANITA E. MARTINEZ
 6

 7
```

**FILED**

SEP 1 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-06-0091 OWW |
| Plaintiff, | STIPULATION FOR CONTINUANCE AND PROPOSED ORDER THEREIN |
| vs. | |
| ANITA E. MARTINEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendants, ANITA E. MARTINEZ, by and through her attorney of record, Anthony P. Capozzi, and MICHAEL GUEVARA GONZALES, by and through his attorney of record, Robert Rainwater, and Plaintiff, by and through Assistant United States Attorney, Sheila K. Oberto, that the Hearing now set for Monday, September 11, 2006, 2006 at 9:00 a.m. be continued to Monday, October 2, 2006 at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1.  Title 18, United States Code, Section 3161(h)(1)(f) -- Any period of delay resulting from other proceedings

Page 1

Stipulation to Continue
Case No. 06-0091 OWW

concerning the defendant, including but not limited to any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion;

2. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

3. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: September 7, 2006

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
ANITA E. MARTINEZ

Dated: September 7, 2006

/s/ Robert Rainwater
Robert Rainwater,
Attorney for Defendant,
MICHAEL GUEVARA GONZALES

Dated: September 7, 2006

/s/ Sheila K. Oberto
Sheila K. Oberto,
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED. Good cause having been shown, the Motions Hearing now set for September 11, 2006, be continued to October 2, 2006 at 9:00 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(1)(f), 3161(h)(A) and 3161(h)(B)(ii).

Dated: September 8, 2006

_____
Honorable Oliver W. Wanger,
U.S. District Court Judge