UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff ) | 1:06-CR-00091 OWW | |
| ) | | |
| v. ) | | |
| ) | | |
| ANITA MARTINEZ, ) | | |
| ) | | |
| Defendant ) | ORDER EXTENDING SURRENDER DATE | |
| _____) | | |

Due to the delay in the preparation of the Judgment in this matter, the defendants date to surrender to the designated facility or the United States Marshal is extended to April 5, 2007.

Dated: February 27, 2007

                                            _/s/ OLIVER W. WANGER_____
                                            OLIVER W. WANGER
                                            United States District Judge

1