ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
ANITA E. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>ANITA E. MARTINEZ,<br><br>    Defendant. | Case No.: CR-F-06-0091 OWW<br><br>STIPULATION REGARDING ADDITIONAL COUNTS |

IT IS HEREBY STIPULATED between the Defendant, ANITA E. MARTINEZ, by and through her attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Sheila K. Oberto, and United States Probation Officer, Jack Roberson, that the Defendant plead to 19 Counts and not 16 as noted in the Presentence Investigation Report.

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

It is further stipulated by the parties no additional hearing is necessary on this matter.

Respectfully submitted,

Dated: February 20, 2007

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
ANITA E. MARTINEZ

Dated: February 20, 2007

/s/ Sheila K. Oberto
Sheila K. Oberto,
Assistant U.S. Attorney

Dated: February 20, 2007

/s/ Jack C. Roberson
Jack C. Roberson,
United States Probation Officer

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED.  The Defendant in this matter actually plead to 19 Counts and not 16 as noted in the Presentence Investigation Report.

Dated:  February _23, 2007

                                        /s/ OLIVER W. WANGER
                                        Honorable Oliver W. Wanger,
                                        U.S. District Court Judge

Page 3

Stipulation
Case No. 06-0091 OWW

PDF created with pdfFactory trial version www.pdffactory.com