ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
ANITA E. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANITA E. MARTINEZ,<br><br>        Defendant. | Case No.: CR-F-06-0091 OWW<br><br>STIPULATION REGARDING SPECIAL ASSESSMENT AMOUNT |

IT IS HEREBY STIPULATED between the Defendant, ANITA E. MARTINEZ, by and through her attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Sheila K. Oberto, and United States Probation Officer, Jack Roberson, that the amount of the Special Assessment in the Presentence Investigation Report should have been $1,900.00 and not $1,600.00.

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

It is further stipulated by the parties no additional hearing is necessary on this matter.

Respectfully submitted,

Dated: January 30, 2007

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
ANITA E. MARTINEZ

Dated: January 30, 2007

/s/ Sheila K. Oberto
Sheila K. Oberto,
Assistant U.S. Attorney

Dated: January 30, 2007

/s/ Jack C. Roberson
Jack C. Roberson,
United States Probation Officer

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED. Because the amount of the Special Assessment in the Presentence Investigation Report should have been $1,900.00 and not $1,600.00, the Defendant shall be ordered to pay a Special Assessment in the amount of $1,900.00.

Dated:  February _23__, 2007

                                     /S/ OLIVER W. WANGER
                                     Honorable Oliver W. Wanger,
                                     U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com